**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**AT PIKEVILLE**

**CIVIL ACTION NO. 22-40-DLB**

**IRMAL THORNSBERRY, JR.**                                                                 **PLAINTIFF**

**v.**                                    **JUDGMENT**

**KILOLO KIJAKAZI,**
**ACTING COMMISSIONER OF SOCIAL SECURITY**                      **DEFENDANT**

\* \* \* \* \* \* \* \* \* \* \*

Consistent with the Memorandum Opinion and Order entered today, and pursuant to Federal Rule of Civil Procedure 58, it is hereby **ORDERED** and **ADJUDGED** as follows:

(1)   Plaintiff's Motion for Summary Judgment (Doc. # 11) is **DENIED**;

(2)   Defendant's Motion for Summary Judgment (Doc. # 13) is **GRANTED**; and

(3)   This matter is **DISMISSED** and **STRICKEN** from the Court's active docket.

This 20th day of July, 2023.



Signed By:
*David L. Bunning*   DB
United States District Judge

K:\DATA\ORDERS\PikeCivil\2022\22-40 Judgment.docx